UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------X

UNITED STATES OF AMERICA

    - against -

NIKOLAOS BOGONIKOLOS,

          Defendant.

---------------------------X

~~PROPOSED~~ O R D E R

23-MJ-412

      Upon the application of BREON PEACE, United States Attorney for the Eastern

District of New York, by Assistant United States Attorney Artie McConnell, for an order

unsealing the complaint and arrest warrant in the above-captioned matter.

      WHEREFORE, it is ordered that the complaint and arrest warrant in the above-

captioned matter be unsealed.

Dated:   Brooklyn, New York
         May 16, 2023

                              *Marcia M. Henry*

                          HONORABLE RAMON E. REYES, JR.
                          UNITED STATES MAGISTRATE JUDGE
                          EASTERN DISTRICT OF NEW YORK